Appeal No. 06-15-00062-CU

Allen "F" Calton
Appellant

v

Steve Schiller, et al
Appellee

In Sixth Appellate District

Court Of Appeals

State Of Texas

## Appellant's motion For The Court To Confirm Its Receipt of Appellant's Opening Brief In Its Entirety

Now Comes Appellant Allen "F" Calton and files this his motion For The Court To Provide him some type of confirmation that the court to Provide him some type of confirmation that Court is in receipt of his entire Opening will show in Support As Follows.

### I

Out of an abundance of caution and due to the fact that this in all probability of Appellant's First and Last opportunity to get an equitable review on the merits of claims. In an attempt to obtain the relief on the same. Appellant needs confirmation that the court did in fact receive the brief in its entirety. This is so because it was just brought to Appellant's attention Of october 2015 by the U.S. District Court Fort Worth Division. That only 79 pages of the 90 pages of Appellant's § 2254 petition was scanned by that court in reference to Appellant's initial habeas proceeding in that court filed on 8-10-07. See Calton V Quarterman Civil Action No. 4:07-CV-471-Y, 2008 WL 5083022 (N.D. Tex. Dec. 1, 2008) and the same can be confirmed by that court

Appellant's motion For The Court To confirm Receipt of Entire Brief page 1of 3

## II

## Itemized Pages of the Brief

(A) Briefs Cover 1 page

(B) Identity of Parties and Counsel 1 page numbered as page i

(C) Table of Contents 2 pages numbered as pages ii-iii

(D) Index of Authorities 9 pages numbered as pages iv-xii

(E) Body Of Brief 50 pages numbered as pages 1-50

(F) For A total of 63 pages that make it up this entire pleading

## III

The above mentioned pages were personally checked on numerous occasions by Appellant to ensure each and every page was bound together and forwarded to the court and Appellees attorney. Appellant now request that this court please ensure that when the same is scanned, copied and/or recorded by whatever measures this court takes to record its records filed therein. That all 63 pages described above are memorialized and confirmation that the court received the 63 pages is what Appellant seeks confirmation of the same. In the alternative inform me of any missing pages and Appellant will forward any page identified as missing by this court in the most expeditithous manner possible.

## Prayer

Wherefore, premises considered, Appellant respectfully moves the court to make sure it is in receipt of each and every page mentioned above for a total of 63 pages. And that the court in its memorializing of the same ensure that all pages are recorded. That way when the case is up for review. The honorable court will have appellant's arguments and contentions to permit the equitable resolution and all 63 pages need to be before them to accomplish the same. Appellant further moves this court for confirmation that it has reviewed each and every page of the Brief in its possession and the court possesses all 63 pages described above.

Respectfully Submitted,

Allen "F" Calton

## Certificate of Service

Calton puts the court on notice that a conference was not held with D. Anastasiadis on the merits of this motion. Because Calton is incarcerated and cannot telephone D. Anastasiadis. Calton will not speculate on whether this motion would be opposed by D. Anastasiadis.

Allen "F" Calton

## Certificate of Service

I, Allen "F" Calton # 1123880 incarcerated at the Stiles unit, in Jefferson County, TX hereby certify under the penalty of perjury that the forgoing was turned over to prison officials by depositing by same in the prison mailbox in a postage prepaid envelope addressed to the sixth district court of Appeals 100 North State Line Avenue #20, Texarkana, TX. 75501 certified mail Label # 7015 1520 0000 4173 9300 and first class mail to Appellees Attorney Demetri Anastasiadis W 300 W 15 st., Austin, TX. 78701 on 11-18-15

Executed on 11-18-15. Allen "F" Calton